TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X   Case No. 20-cv-05269
YEONTAI WON, and
JUNG HYUNG SONG,
*on their own behalf and on behalf of others similarly situated*   **NOTICE OF MOTION FOR DEFAULT JUDGMENT**

*Plaintiffs*

v.

GEL FACTORY, CORP.
   d/b/a Gel Factory
KEUM HEE KANG
   a/k/a Tammy Kang, and
KEUM OK KANG
   a/k/a Kay Kang

*Defendants*
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed Affirmation of John Troy, dated May 17, 2021, affidavits of Plaintiffs YEONTAI WON, and JUNG HYUNG SONG, sworn to on April 12, 2021, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will move before this Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722 before the Honorable Magistrate Judge A. Kathleen Tomlinson, or as soon thereafter as counsel may be heard, for an Order to enter Judgments upon default against Defendants GEL FACTORY, CORP. d/b/a Gel Factory, KEUM HEE KANG a/k/a Tammy Kang, and KEUM OK KANG a/k/a Kay Kang, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the United States District Court for the Eastern District of New York, answering papers, if any, are to be served

so as to be received by the undersigned no later than fourteen (14) days prior to the return date of

the within motion once set by the Court.

Date:  Flushing, New York
       May 17, 2021

                                      Respectfully submitted
                                      TROY LAW, PLLC
                                      By:  /s/ John Troy_____

                                          JOHN TROY, ESQ. (JT 0481)
                                          *Attorney for Plaintiffs and proposed*
                                          *collective action members*
                                          41-25 Kissena Boulevard, Suite 103
                                          Flushing, NY 11355
                                          Tel: (718) 762-1324
                                          Fax: (718) 762-1342
                                          johntroy@troypllc.com