```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  YEONTAI WON and JUNG HYUNG SONG,

                    Plaintiffs,           MEMORANDUM & ORDER
                                          20-CV-5269(EK)(ARL)
          -against-

  GEL FACTORY, CORP. d/b/a GEL FACTORY;
  KEUM HEE KANG aka TAMMY KANG; and
  KEUM OK KANG aka KAY KANG,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Arlene Lindsay's Report and Recommendation (R&R) dated January 25, 2022.  ECF No. 23.  Judge Lindsay recommends that I grant Plaintiffs' motion for default judgment and motion for attorneys' fees.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Lindsay's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, Plaintiffs' motion for default judgment and motion for attorneys' fees are granted.  Plaintiffs are awarded damages in the following

amounts: $3,294.06 in unpaid minimum wages; $960.30 in unpaid overtime; $4,254.36 in liquidated damages; $7,050 for wage notice violations; $10,000 for wage statement violations; $6,526.93 in prejudgment interest; and $10,385 in attorney's fees and $785 in costs.  The Clerk of Court is respectfully directed to enter judgment and close the case.

    SO ORDERED.

                                         /s/ Eric Komitee
                                         ERIC KOMITEE
                                         United States District Judge

Dated:    March 28, 2022
           Brooklyn, New York