UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
YEONTAI WON and JUNG HYUNG SONG,

            Plaintiffs,

          -against-                                     JUDGMENT
                                                    20-CV-5269(EK)(ARL)

GEL FACTORY, CORP. d/b/a GEL FACTORY;
KEUM HEE KANG aka TAMMY KANG; and
KEUM OK KANG aka KAY KANG,

            Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on March 28, 2022, adopting the Report and Recommendation of Magistrate Judge Arlene Lindsay, dated January 25, 2022, granting Plaintiffs' motion for default judgment and motion for attorneys' fees; awarding Plaintiffs damages in the following amounts: $3,294.06 in unpaid minimum wages; $960.30 in unpaid overtime; $4,254.36 in liquidated damages; $7,050 for wage notice violations; $10,000 for wage statement violations; $6,526.93 in prejudgment interest; and $10,385 in attorney's fees and $785 in costs; it is

       ORDERED and ADJUDGED that Plaintiffs' motion for default judgment and motion for attorneys' fees are granted; and that Plaintiffs are awarded a total amount of $43,255.65.

Dated: Brooklyn, NY                                          Brenna B. Mahoney
       March 29, 2022                                    Clerk of Court

                                                                 By: */s/Jalitza Poveda*
                                                                      Deputy Clerk